UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FJerry, LLC.,<br><br>      Plaintiff,<br> v.<br><br>RQ INSURANCE SERVICES, INC.,<br><br>      Defendant. | Civil Action No. 23-Civ.- 510 (VEC)<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff FJerry, LLC and RQ Insurance Services, Inc., by and through their undersigned counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismiss the Complaint with prejudice with each party bearing its own fees and costs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Jeffrey A. Lindenbaum<br>Jeffrey A. Lindenbaum JL-1971<br>Jess M. Collen<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>The Holyoke-Manhattan Building<br>80 South Highland Avenue<br>Ossining, New York 10562<br>Tel. (914) 941-5668<br>Fax. (914) 941-6091<br>jlindenbaum@rothwellfigg.com<br>*Attorneys for Plaintiff* | /s/ Jura C. Zibas<br>Jura C. Zibas<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>150 East 42nd Street<br>New York, NY 10017<br>212.490.3000<br>jura.zibas@wilsonelser.com<br>*Attorney for Defendant* |

Dated: March 14, 2023